114 F.3d 1185
 Janet L. Vaught, Robert Alan Vaught, Mitchell Lauren Vaught
v.
Showa Denko K K, Showa Denko America, Inc., Leiner Health
Products, Inc., Pharmavite Corporation, General Nutrition
Incorporated, General Nutrition Corporation, General
Nutrition Products, Inc., Nature's Products, Inc., Walgreen
Company, Eckerd Holdings II, Inc., d/b/a Eckerd Drugs
 NO. 96-20200
 United States Court of Appeals,
Fifth Circuit.
 Apr 08, 1997
 S.D.Tex., 107 F.3d 1137
 
 1
 DENIALS OF REHEARING EN BANC.